### DESOTO SECURITIES CO., Inc., v. WALKER.

No. 5306.

Court of Appeal of Louisiana. Second Circuit.

Oct. 30, 1936.

Wm. C. Boone, of Shreveport, for appellant.

Robert C. Gamble, of Mansfield, for appellee.

TALIAFERRO, Judge.

Defendant appealed suspensively and devolutively from an order of executory process issued on a mortgage against real estate. In this court he has made no appearance in person or through counsel; no brief was filed on his behalf. It is therefore obvious that the appeal was taken for delay and, this being accomplished, has been abandoned. It will be so treated.

The appeal is hereby dismissed as having been abandoned, and at appellant's cost.